UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

UNITED STATES OF AMERICA,

      Plaintiff,

v.

D-1   HECTOR MOLINA,
D-2   BRANDON CLAIBORNE, &
D-3   ANDREW ADCOCK

      Defendants.

Case: 4:18-cr-20594
Judge: Parker, Linda V.
MJ: Davis, Stephanie Dawkins
Filed: 09-05-2018 At 02:49 PM
INDI SEALED v SEALED (sk)

## MOTION AND ORDER TO SEAL INDICTMENT AND ARREST WARRANT

The United States of America respectfully requests that the indictment and arrest warrants in the above-entitled case be sealed for the reason that the United States is apprehensive that one or more persons may flee the jurisdiction or that possibly other evidence may be destroyed if they become aware of the existence of said indictment and arrest warrants.

WHEREFORE, the government respectfully requests that the indictment and arrest warrants be sealed.

Respectfully submitted,

MATTHEW SCHNEIDER
United States Attorney

Dated: September 5, 2018

s/BLAINE T. LONGSWORTH
Assistant U.S. Attorney
600 Church Street
Flint, Michigan 48502
Phone: 810-766-5177
Email: blaine.longsworth@usdoj.gov
P-55984

IT IS SO ORDERED.

Dated: September 5, 2018

STEPHANIE DAWKINS DAVIS
United States Magistrate Judge