UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

FILED
OCT - 2 2018
U.S. DISTRICT COURT
FLINT, MICHIGAN

UNITED STATES OF AMERICA,

    Plaintiff

v.

D-2  BRANDON CLAIBORNE,

    Defendant.

No. 18-cr-20594

HON. LINDA V. PARKER
U.S. DISTRICT JUDGE

HON. STEPHANIE DAWKINS DAVIS
U.S. MAGISTRATE JUDGE

## PETITION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM

Pursuant to 28 U.S.C. § 2241(c)(5) and Local Rule 72.1(a)(2)(L), the United States of America hereby petitions the court for a writ of habeas corpus ad prosequendum for defendant, Brandon Claiborne, states:

1. Defendant is charged in this case with distribution of heroin.

2. Defendant is currently incarcerated at the Genesee County Jail in Flint, Michigan, in connection with a different case, and is in the custody of Genesee County Sheriff's Department.

3. Defendant's initial appearance has been scheduled for October 16, 2018, at 1:30 p.m. before U.S. Magistrate Judge Stephanie Dawkins Davis in the Federal Courthouse, Flint, Michigan. A writ of habeas corpus ad prosequendum is necessary to secure defendant's presence at that proceeding.

WHEREFORE, the government requests this Court order the issuance of a writ of habeas corpus ad prosequendum directing the Genesee County Sheriff's Department, the United States Marshals Service, and any other interested federal law enforcement officer to produce Brandon Claiborne before the judicial officer and at the place and time stated above, or any date thereafter as scheduled by the court.

Respectfully submitted,

MATTHEW SCHNEIDER
Acting United States Attorney

s/BLAINE T. LONGSWORTH
Assistant United States Attorney
600 Church Street, Flint, MI 49502
Phone: (810) 766-5177
Email: blaine.longsworth@usdoj.gov
P55984

Date: October 1, 2018

## ORDER

Pursuant to 28 U.S.C. § 2241(c)(5) and Local Rule 72.1(a)(2)(L), it is hereby ordered that the government's Petition for Writ of Habeas Corpus ad Prosequendum be granted and that the Clerk of the Court issue a writ of habeas corpus ad prosequendum in accordance with the government's petition, and that said writ shall remain in effect until it has been discharged in writing by the United States Attorney's Office.

STEPHANIE DAWKINS DAVIS
United States Magistrate Judge

Date: October 2, 2018

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

UNITED STATES OF AMERICA,

    Plaintiff

v.

D-2  BRANDON CLAIBORNE,

    Defendant.

No. 18-cr-20594

HON. LINDA V. PARKER
U.S. DISTRICT JUDGE

HON. STEPHANIE DAWKINS DAVIS
U.S. MAGISTRATE JUDGE

---

### WRIT OF HABEAS CORPUS AD PROSEQUENDUM

---

**TO:** **The Genesee County Sheriff's Department, the United States Marshals Service, and any other interested federal law enforcement officer.**

Pursuant to the foregoing petition and order, you are directed to produce defendant Brandon Claiborne before U.S. Magistrate Judge Stephanie Dawkins Davis in the Federal Courthouse, Flint, Michigan, on October 16, 2018 at 1:30 p.m. or any date thereafter as scheduled by the court, for his initial appearance; and you are also directed to return Brandon Claiborne to the facility in which he is currently incarcerated when his presence before this Court is no longer required, and upon written notification by the United States Attorney's Office that the writ may be discharged.

                                        DAVID J. WEAVER, Clerk of Court

                         By: _____
                                Deputy Clerk

1. I have executed this Writ as directed.  Date: _____
U.S. MARSHAL'S SERVICE by: _____, Deputy Marshal

2. This Writ is returned unexecuted for the following reason: _____.
Date:_____ U.S.MARSHAL'S SERVICE by: _____
                                                                      Deputy Marshal