UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

United States of America,

                Plaintiff,

v.                                                                Case No. 4:18-cr-20594-LJM-SDD
                                                                  Hon. Laurie J. Michelson

Brandon Claiborne, et al.,

                Defendant(s),

---

**NOTICE TO APPEAR**

The following defendant(s) are hereby notified to appear:  Brandon Claiborne

The defendant(s) shall appear before District Judge Laurie J. Michelson at the United States District Court, Federal Building and U.S. Courthouse, 600 Church Street, Flint, Michigan, for the following proceeding(s):

- PLEA HEARING:  January 9, 2019 at 03:30 PM

**Certificate of Service**

I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

                                                  By: s/W. Barkholz
                                                      Case Manager

Dated:  January 2, 2019