This Letter is concerning that I am Requesting my Judgement and commitm[ent] an My Docket sheet, the Bop Has no imformation on my Sentancing or out D[ate] I was sentece to 5 months on June, 5 2019 and I have been In federal cust[ody] from November, 6 till now and I'm still here waiting to go home they say I have no imformation in the computer my Lawyer never gave me none of that information can you guy's send It to me or Contact the Bop an Let them no when Is my ou[t] Date because they will not Release me an my time is up an I don't want to get sick or die do to th[is] Crisis that the world is in thank yo[u] an have a bless day.

Brandon Claiborne
4/23/20

Brendon Claiborne
NAME
56972-039
REG. NO

FEDERAL DETENTION CENTER
P.O. BOX 1000
MILAN, MICHIGAN 48160

METROFLEX
MI 480
25 APR '20
PM 5 L

To the Clerk of Judge Michelson
600 Church Street
Flint MI, 48502

RECEIVED
MAY 04 2020
U.S. DISTRICT COURT
FLINT, MICHIGAN

RECEIVED
MAY 13 2020
CLERK'S OFFICE
U.S. DISTRICT COURT

48502-120099